```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Elizabeth Devito,

                        Plaintiff,         CV-03-3036  (CPS)

        - against -
                                            ORDER
SI Bank & Trust, et al.,

                        Defendants.

-----------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Matsumoto dated May 31, 2005, having been filed by the parties, the Report and Recommendation is hereby adopted.

The Clerk is directed to furnish a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :   Brooklyn, New York
          June 17, 2005

          By: /s/ Charles P. Sifton (electronically signed)
              United States District Judge